AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ALIAS   **SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

May 19, 2017

(B                                                                      DATE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (312) 212-4355 | FOR COURT USE ONLY |
|---|---|---|
| Law Offices of Todd M. Friedman,PC<br>111 West Jackson, Suite 1700<br>Chicago, IL 60604<br>ATTORNEY FOR     Plaintiff | Ref. No. or File No.<br>Brackenridge | |

| UNITED STATES DISTRICT COURT - NORTHERN DISTRICT, CHICAGO |
|---|
| 219 South Dearborn<br>Chicago, IL, IL 60604 |

| SHORT TITLE OF CASE: |
|---|
| Brackenridge, Priscilla v. SCOOBEEZ |

| INVOICE NO.<br>1601827 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>17-CV-3381 |
|---|---|---|---|---|

United States District Court

Declaration of Service

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

Summons in a Civil Case; Complaint;

SCOOBEEZ

At: 396 S. Pasadena Ave
    Pasadena, CA 91105

I served the party by substituted service. By leaving copies with:

Jane Doe (refused to give name)
Gender: F    AGE: 40    Height: 6'0"    Weight: 150    Race: African American    Hair: black    Other: brown

Whose title is: employee

On: 5/24/2017                    At: 12:00 PM

A declaration of mailing is attached

Person who served papers
    a. Name: Judith Smith

CONTINUED ON NEXT PAGE

**Declaration of Service**

**Billing Code:** Brackenridge

| PLAINTIFF/PETITIONER: Priscilla Brackenridge | CASE NUMBER: 17-CV-3381 |
|---|---|
| DEFENDANT/RESPONDENT: SCOOBEEZ | |

b. Address: 15345 Fairfield Ranch Rd Suite 200, Chino Hills, CA 91709
c. Telephone number: 909-664-9577
d. The fee for this service was: 68.00
e. I am:
(3) [X] a registered CA process server:
      (i) [X] Independent Contractor
      (ii) Registration No.: 2013100780
      (iii) County: Los Angeles

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

5/24/2017

Judith Smith

>

**Declaration of Service**

**Billing Code:** Brackenridge